IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02116-MJW

MICHAEL BLAN,

Plaintiff,

v.

BENCHMARK RECOVERY, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's Motion to Vacate and Reschedule Scheduling Conference (Docket No. 7) is granted.  The Scheduling Conference set on September 30, 2014, at 10:30 a.m. is VACATED and RESET on October 20, 2014, at 9:30 a.m. Mountain Time.  The parties shall file their proposed Scheduling Order on or before October 6, 2014.

     It is further ORDERED that the deadline to complete and file the Pilot Program Consent Form (see Docket No. 3), indicating either unanimous consent of the parties or that consent has been declined, is extended up to and including October 6, 2014.

     It is further ORDERED that the Clerk shall send a copy of this Minute Order to the defendant: Benchmark Recovery, Inc., 3627 152nd Street NE, Marysville, Washington 98271.

Date: September 18, 2014